HARDY MYERS
Attorney General
LOREN W. COLLINS #82221
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 378-6313
Fax: (503) 378-4968
loren.collins@doj.state.or.us
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| ANUP ENGQUIST, | Case No. 02-1637-AS |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56 AS TO PLAINTIFF'S EQUAL PROTECTION "CLASS OF ONE" CLAIM IN THE THIRD CLAIM FOR RELIEF; OR IN THE ALTERNATIVE MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCIP 12(c)** |
| v. | |
| OREGON DEPARTMENT OF AGRICULTURE, JOHN SZCZEPANSKI, and JOSEPH (JEFF) HYATT, | |
| Defendants. | **ORAL ARGUMENT REQUESTED** |

## LOCAL RULE 7.1 CERTIFICATION

Defendants Oregon Department of Agriculture, John Szczepanski and Joseph (Jeff) Hyatt, by and through their attorney, Loren W. Collins, Senior Assistant Attorney General, certify that the parties attempted to resolve this dispute by telephonic communication by discussing Plaintiff's Equal Protection "Class of One" theory prior to Defendants seeking a decision from this Court; the parties through counsel have been unable to resolve this dispute.

Page 1 - **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
TRIJ4753.DOC/LWC/lsy

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-6313

## MOTION FOR SUMMARY JUDGMENT

Defendants request oral argument. Defendants estimate total length of time for argument to be one hour. Court reporting services are requested.

Defendants move this Court for summary judgment pursuant to Fed. R. Civ. P. 56 on the ground that the facts, even as viewed in the light most favorable to Plaintiff, do not create a basis for the Equal Protection - "Class of One" claim asserted by Plaintiff in Plaintiff's Third Claim for Relief, and Defendants are entitled to judgment as a matter of law. The motion is supported by the Memorandum of Law in Support of Motion for Summary Judgment, the Concise Statement of Facts in Support of Motion for Summary Judgment that was tendered to the Court in support of Defendants' initial Motion for Summary Judgment, and the Affidavit of Loren W. Collins, attached hereto.

In the alternative, Defendants move for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) on the same grounds as the Summary Judgment motion.

DATED this _16th_ day of August, 2004.

Respectfully submitted,

HARDY MYERS
Attorney General

LOREN W. COLLINS #82221
Senior Assistant Attorney General
Trial Attorney
Of Attorneys for Defendants
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-6313

Page 2 - **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
TR1J4753 DOC/LWC/lsy

**CERTIFICATE OF SERVICE**

I certify that on August _11_; 2004, I served the foregoing  DEFENDANT'S MOTION

FOR PARTIAL SUMMARY JUDGMENT upon the parties hereto by the method indicated

below, and addressed to the following:

Steve Brischetto  
Attorney at Law  
520 SW Yamhill Street Ste 500  
Portland, OR 97204

___ HAND DELIVERY  
_X_ U.S. MAIL  
___ OVERNIGHT MAIL  
_X_ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE

LOREN W. COLLINS #82221  
Attorney-In-Charge  
Trial Attorney  
Of Attorneys for State of Oregon  
1162 Court Street NE  
Salem, OR 97301-4096  
Telephone:  (503) 378-6313

Page 1 -   CERTIFICATE OF SERVICE  
         LWC/ab1/TRIJ4801.DOC